IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rich Media Club LLC,<br><br>           Plaintiff,<br>vs.<br><br>Duration Media LLC,<br><br>           Defendant. | No.  CV-23-01967-PHX-SPL<br><br>**ORDER** |

No request to continue the stay having been filed, in accordance with the Court's June 11, 2024 Order (Doc. 44),

**IT IS ORDERED** that this action is **dismissed**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** this action.

Dated this 25th day of September, 2024.

Honorable Steven P. Logan
United States District Judge